## McLEOD *v.* OHIO.

No. 14, Misc.   Decided June 22, 1964.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case remanded to the Supreme Court of Ohio for consideration in light of *Massiah* v. *United States,* 377 U. S. 201.

MR. JUSTICE CLARK, MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for the reasons assigned in the dissenting opinion in *Massiah* v. *United States, supra,* at 207.

## BLAIR *v.* OHIO.

No. 699, Misc.   Decided June 22, 1964.

*Theodore R. Saker* for appellant.
*Lynn B. Griffith, Jr.* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.